# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00388-CR

**Craig Lamont Jones, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 79754, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Craig Lamont Jones seeks to appeal a judgment of conviction for injury to a child. *See* Tex. Penal Code § 22.04(f). The trial court has certified that (1) this is a plea-bargain case and Jones has no right of appeal, and (2) Jones has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

 

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Baker and Kelly

Dismissed for Want of Jurisdiction

Filed: August 21, 2020

Do Not Publish